Jonathon MOSELEY, Plaintiff–
Appellant,

v.

The CIRCUIT COURT OF ARLINGTON
COUNTY, By its Agent and Officer,
the Honorable Benjamin Kendrick;
The Circuit Court of Arlington Coun-
ty, By its Agent and Officer, The Hon-
orable Joanne Alper; The Office of
Clerk of the Court, (Elected) By its
Agent and Officer, The Honorable
Paul Ferguson, Clerk Possibly as Co–
Plaintiff to receive Guidance; Colby
May, Esq. Officer of the Court; David
K. Haller, Esq. Officer of the Court,
Defendants–Appellees,

and

Brad Weiss, Esq. Officer of
the Court, Defendant.

No. 08–1912.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 16, 2008.

Decided: Dec. 19, 2008.

Jonathon Moseley, Appellant Pro Se.
Christy Monolo, Office of the Attorney
General of Virginia, Richmond, Virginia,
for Appellees.

Before WILKINSON, MICHAEL, and
KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jonathon Moseley appeals the district
court's order dismissing his complaint un-
der 42 U.S.C. § 1983 (2000) and related
claims. We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the dis-
trict court. *Moseley v. The Circuit Court
of Arlington,* No. 1:08–cv–00255–CMH–
TRJ (E.D. Va. filed July 17, 2008 and
entered July 18, 2008). We deny Mose-
ley's motion for summary disposition and
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*AFFIRMED.*